THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS HILL, an individual, | CASE NO. C20-1478-JCC |
| Plaintiff, | ORDER |
| v. | |
| BUILDER SERVICES GROUP, INC., a foreign corporation, BRIAN BUNCH and JANE DOE BUNCH and the marital community comprised thereof, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's counsel's motion to withdraw (Dkt. No. 48). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Local Civil Rule 83.2(b)(1) provides that attorneys will generally be permitted to withdraw provided they comply with the procedural requirements imposed by the Local Rules and they withdraw at least 60 days prior to the discovery cutoff. Because Plaintiff's counsel's withdrawal will leave Plaintiff unrepresented, the motion must include Plaintiff's address and telephone number and must be served on Plaintiff and opposing counsel. W. D. Wash. Local Civ. R. 83.2(b)(1).

In his motion, Plaintiff's counsel fails to include Plaintiff's address or certification of

service on Plaintiff. (*See* Dkt. No. 48 at 1–2.)  Counsel asserts that Plaintiff does not have a physical address or mailing address that he is aware of. (Dkt. No. 48 at 1.) Counsel further asserts that he provided a copy of his motion to Plaintiff "by his most recent and current contact information" and advised Plaintiff "personally and directly" of his intention to withdraw before filing the motion. (*Id.*) Plaintiff's counsel provides Plaintiff's telephone number and recent e-mail address. (*Id.* at 2.) Based on Plaintiff's counsel's representations to the Court, it appears that he was reasonably diligent in attempting to maintain communications with Plaintiff and that he was not at fault for his inability to provide a mailing address for Plaintiff or serve him by mail.

Neither Plaintiff nor opposing counsel has objected. Because a discovery cutoff date has not been set, the motion is timely. Plaintiff's counsel declares that he provided a copy of the motion to opposing counsel via the Court's electronic filing system. (*See id.* at 1.)

For the foregoing reasons, Plaintiff's counsel's motion to withdraw (Dkt. No. 48) is GRANTED. The Clerk is DIRECTED to lift the current stay in this matter, (*see* Dkt. No. 49), for the sole purpose of resolving this motion. The Clerk is further DIRECTED to notify Plaintiff telephonically at (206) 887-4347 of the entry of the order and to also send a copy of this order to Plaintiff at the following e-mail address: thomashill736@gmail.com.

DATED this 13th day of September 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE