THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS HILL, | CASE NO. C20-1478-JCC |
| Plaintiff, | ORDER |
| v. | |
| BUILDER SERVICES GROUP INC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Defendants' Motion to Lift Stay and Dismiss for Failure to Prosecute. (Dkt. No. 54.)

Under Federal Rules Civil Procedure 41(b), "if the plaintiff fails to prosecute or to comply with [the Federal Rules of Civil Procedure] or a court order, a defendant may move to dismiss the action or any claim against it." Under Local Rule 41(b), "The plaintiff in any such action shall be given an opportunity to show cause in writing, or at the court's election in open court, why the case should not be dismissed."

Plaintiff has taken no action to prosecute this litigation since December 2020, and it has been more than a year since any action of record has been taken. (Dkt. No. 53.) Defendant filed the present motion on October 20, 2022, and Plaintiff failed to submit any response to demonstrate why the case should not be dismissed.

Therefore, the Court GRANTS Defendants' motion and DISMISSES Plaintiff's

complaint with prejudice.

DATED this 14th day of November 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE